# Court of Appeals
# of the State of Georgia

ATLANTA,   May 07, 2015

*The Court of Appeals hereby passes the following order:*

**A15D0373. STEPHAINE CHATMAN v. THE STATE.**

Stephaine Chatman pled guilty to misdemeanor obstruction of an officer. She moved to vacate her conviction, filing both a "Motion in Arrest of Judgment" and a "Motion to Supplement/Reconstruct Plea Agreement." In both she argues that her plea should be set aside for a number of reasons, including the fact that she was coerced into entering the plea. The trial court denied both motions, and Chatman filed an application for discretionary appeal in the Supreme Court, which transferred the case to us.

Here, Chatman's motion in arrest of judgment can be construed as a motion to withdraw her plea, and both an order denying a motion to withdraw a guilty plea and an order denying a motion in arrest of judgment are directly appealable. *Smith v. State*, 283 Ga. 376 (659 SE2d 380) (2008); *Lay v. State*, 289 Ga. 210, 211 (2) (710 SE2d 141) (2011). This Court will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, Chatman's application is GRANTED. She shall have ten days from the date of this order to file a notice of appeal with the trial court, if she has not already done so. See OCGA § 5-6-35 (g). The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*_____05/07/2015_____
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*